# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KANI ADON BERMUDEZ-BEY, et. al., <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF GRAHAM, et. al., <br><br> *Defendants.* | Case No. 1:23cv-00894 <br><br> **Consent Motion for Court Approval of Minors' Settlement** |

NOW COMES Jennifer Bills, Guardian ad Litem for Plaintiffs L.S.[1] and A.W. (minor children), through Counsel, with consent of the Defendants, and pursuant to F.R.C.P. 17(c)(2) and LR. 17.1(f), and respectfully requests that this Court set a hearing and approve the attached Settlement agreement, which has been mutually agreed upon by the Parties.

In support of this Motion, the Guardian ad litem states the following:

1. This Court has jurisdiction over the parties and the subject matter of this action, and venue is proper in the Middle District of North Carolina.

---

[1] The Petition for Appointment of Guardian ad litem referred to "L" as L.W., using his mother's last initial; however, his proper initials are L.S. The Amended Complaint referred to A.W. as "A.M.," but A.W. are her proper initials.

1

2. L.S. and A.W. are minor children and residents of North Carolina. Their mother is Ms. Kyesha Willis, also a plaintiff in the case.

3. The Plaintiffs and Defendants have executed a Settlement Agreement that will fully resolve all issues, claims, and disputes raised by Plaintiffs, which relate to an incident that occurred at a demonstration on October 31, 2020.

4. The proposed settlement in the amount of $32,000.00 is fair, reasonable, and in the best interest of the minors.

## Allegations in Complaint

5. Plaintiffs allege A.W. and L.S. attended a Voting March on October 31, 2020, along with their mother, Ms. Kyesha Willis.

6. At the time of the incident, L.S. was 3 years old and A.W. was 11 years old.

7. Plaintiffs allege that L.S. and A.W. were both impacted by pepper spray when Defendant ACSO Deputies and GPD Officers deployed pepper spray.

8. Plaintiffs allege the L.S. inhaled a significant amount of pepper spray, causing him to cough violently and struggle to catch his breath. As a result, he was allegedly unable to walk and had to be carried as he cried hysterically.

9. Plaintiffs allege that during the chaos, A.W. was separated from her mother. A.W. was also allegedly impacted by pepper spray and experienced burning in her eyes and difficulty seeing. Upon being reunited with her mother, she was allegedly shaken-up, disoriented and crying.

10. Plaintiffs allege that A.W. and L.S. remain emotionally scarred due to the incident. L.S. allegedly becomes frightened at the sight of a police officer, and A.W. is allegedly afraid to return to Graham, North Carolina. Both minors allegedly experience anxiety, flashbacks, nightmares, and depression due to being pepper sprayed at the Voting March.

## **The Settlement is in the Best Interest of L.S. and A.W.**

1. The proposed settlement of $32,000.00 is fair, reasonable, and in the best interest of the minors.

2. Counsel for Plaintiffs has forgone any claim to attorneys' fees and performed all services on a *pro bono* basis.

3. In an effort to resolve the above dispute, Defendants have made a settlement offer to L.S. and A.W. in full settlement of any and all claims arising from the incident.

4. The proposed settlement will adequately compensate L.S. and A.W. for any alleged damages resulting from this incident.

5. The proposed settlement would have the added benefit of sparing L.S. and A.W. the potential necessity of testifying at trial, thereby guarding their privacy and mental well-being.

WHEREFORE, the parties respectfully request the Court grant the following relief:

1. Set a hearing on this Consent Motion for Court Approval of Minors' Settlement;

3

2. Approve the Parties' Consent Motion for Court Approval of Minors' Settlement; and

3. Direct that the minors' funds, in the sum of $32,000.00, be paid to the Office of the Clerk of the U.S. District Court for the Middle District of North Carolina.

A proposed order granting the instant Motion is filed contemporaneously herewith.

Respectfully submitted, this is the 6th day of August, 2025,

/s/ *Elizabeth Simpson*
Elizabeth Simpson
N.C. State Bar # 41596
P.O. Box 309
Durham, NC 27702
Phone: 919-682-1149
elizabeth@emancipatenc.org

*Counsel for Plaintiffs*

4

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically to the following:

Jake Stewart
Cranfill Sumner LLP
Phone: (704)-940-3441
Fax: (704)-831-5514
Email: jstewart@cshlaw.com
2907 Providence Road, Suite 200
Charlotte, NC 28230

Christian Ferlan
Hall Booth Smith, P.C.
O: (980)-859-0380
D: (980)-949-7822
Email: cferlan@hallboothsmith.com
11215 N. Community House Rd, Suite 750
Charlotte, NC 28277

The following party has been notified of the above filing by electronic mail:

Jennifer Bills
Guardian ad litem for the minors
jbills@pathlaw.com

/s/ *Elizabeth Simpson*
Elizabeth Simpson
*Counsel for Plaintiffs*

5