IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KANI ADON BERMUDEZ-BEY, et. al.,  )<br>)<br>Plaintiffs,  )<br>)<br>)<br>v.  )<br>)<br>CITY OF GRAHAM, et. al.,  )<br>)<br>Defendants.  ) | 1:23-CV-894 |

## ORDER AND JUDGMENT GRANTING CONSENT MOTION FOR APPROVAL OF SETTLEMENT

On the 10th day of September 2025, the Court considered the parties Consent Motion for Approval of Settlement Agreement ("Motion") for Minor Plaintiffs A.W. and L.S. (hereinafter collectively "Minor Plaintiffs"). Minor Plaintiffs appeared through court appointed guardian *ad litem* Jennifer Bills. Plaintiff Kyesha Willis is the parent and guardian of Minor Plaintiffs and also appeared on their behalf.

The Court has reviewed the materials filed in support of the Motion and considered the presentations of counsel and statements of the guardian *ad litem.* In addition, the Court considered that all of the adult plaintiffs agreed between and among themselves that each plaintiff will receive an equal amount of the total financial settlement, that the minors' mother agrees, and the guardian ad litem agrees. It appears that neither minor has hard damages for amounts certain and that all damages were emotional.

Pursuant to Local Civil Rule 17.1, the Court **FINDS** as follows:

Based on these materials and in light of its knowledge of and experience with the issues in this case, and for the reasons stated more fully in open court on September 10, 2025, that the settlement, $16,000.00, for each minor, is fair, reasonable, and in the best interests of Minor Plaintiffs.

It is **ORDERED** that the Motion, Doc. 64 and supplemented by Doc. 68, is **GRANTED**. The Clerk of Court is authorized to receive $32,000 from the Defendants, to deposit the money in the Court Registry Investment System to earn interest pursuant to LR 67.1. Each Minor Plaintiff shall receive $16,000 plus any accrued interest once minor reaches the age of eighteen. A separate order will be entered under seal with the names and other personal identifying information of the minor plaintiffs for the Clerk's use in paying out the settlement funds.

This the 16th day of September 2025.

_____
CHIEF/SENIOR UNITED STATES DISTRICT JUDGE